# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BLANCHARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1-50,<br><br>　　　　Defendant. | Case No. **5:22-cv-01878-CJC-SHK**<br><br>**ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

# ORDER

Having considered the Joint Stipulation to Dismiss with Prejudice filed by Plaintiff Andre Blanchard ("Plaintiff") and Defendant T-Mobile USA, Inc. ("Defendant" and together with Plaintiff, the "Parties"), and for good cause shown, it is hereby ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 41, this entire action, including all claims of the Parties asserted in this action, are dismissed with prejudice;
2. Each party is responsible for its/his own attorney fees and costs with respect to this action.

**IT IS SO ORDERED.**

DATED: December 5, 2023

_____
Hon. Cormac J. Carney
United States District Judge